# United States Bankruptcy Court
## Northern District of California

In re    **Samuel David Steiner**
      **Linda Denise Steiner**          Case No. _____

                     Debtor(s)      Chapter    **7** _____

## CREDITOR MATRIX COVER SHEET

      I declare that the attached Creditor Mailing Matrix, consisting of __**3**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:    **August 2, 2013**              **/s/ Jennifer Hendrickson**

                                          Signature of Attorney
                                          **Jennifer Hendrickson 262959**
                                          **Law Offices of Jennifer Hendrickson**
                                          **703 Second Street**
                                          **4th Floor**
                                          **Santa Rosa, CA 95404-6505**
                                          **707-540-6199  Fax: 707-540-6434**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

American Asset Recovery
1624 Santa Clara Dr. Ste 260
Roseville, CA 95661


Cal Coast Credit Service
2906 McBride Lane
Santa Rosa, CA 95403


Cash Call, Inc.
1600 S. Douglass Rd.
Anaheim, CA 92806


Cash Net USA
200 West Jackson, Ste 1400
Chicago, IL 60606


Cortrust Bank Visa
500 E 60th St N
Sioux Falls, SD 57104


Credit Management Control
PO Box 1408
Racine, WI 53401-1408


Diamond Ranch Treatmenr Center & Academy
433 S. Diamond Ranch Parkway
Hurricane, UT 84737


Ford Credit
PO Box 7172
Pasadena, CA 91109-7172

Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0002


H&B Check Cashing
717 Lincoln Ave
Napa, CA 94558


IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


Jans Ellen Heath MD
PO Box 1348
Sonoma, CA 95476


Jefferson Capital Systems, LLC
P.O. Box 953185
Saint Louis, MO 63195


LHR, Inc.
56 Mian Street
Hamburg, NY 14075-4905


Oak Creek Ranch School
PO Box 4329
Sedona, AZ 86340


Redwood Credit Union
3033 Cleveland Avenue, Suite 100
Santa Rosa, CA 95404

Richard Wong
390 W. Napa St.
Sonoma, CA 95476


Round Two Recovery
3650 E I 240
Oklahoma City, OK 73135


Sazute Visa
PO Box 10555
Atlanta, GA 30348


Sillow Spings Treatment Center
690 Edison Way
Reno, NV 89502


US Dept of Justice
California - Northern
450 Golden Gate Ave. 10th Floor
San Francisco, CA 94102