United States Bankruptcy Court
Northern District of California

In re:
Samuel David Steiner
Linda Denise Steiner
    Debtors

Case No. 13-11516-AJ
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0971-1      User: kandersen      Page 1 of 2      Date Rcvd: Dec 03, 2013
                        Form ID: ODSC7fi      Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2013.
```
db/jdb      +Samuel David Steiner,  Linda Denise Steiner,   1400 Technology Ln. #1417,
              Petaluma, CA 94954-6905
cr          +Ford Motor Credit Company,   c/o Law Offices of Austin P. Nagel,   111 Deerwood Road, Suite 305,
              San Ramon, CA 94583-1530
13364821    +American Asset Recovery,   1624 Santa Clara Dr. Ste 260,   Roseville, CA 95661-3553
13364822    #+Cal Coast Credit Service,   2906 McBride Lane,   Santa Rosa, CA 95403-6899
13364825    +Cortrust Bank Visa,   500 E 60th St N,   Sioux Falls, SD 57104-0478
13364827    +Diamond Ranch Treatmenr Center & Academy,   433 S. Diamond Ranch Parkway,
              Hurricane, UT 84737-3020
13364830    +H&B Check Cashing,   717 Lincoln Ave,   Napa, CA 94558-5109
13364832    +Jans Ellen Heath MD,   PO Box 1348,   Sonoma, CA 95476-1348
13364833    +Jefferson Capital Systems, LLC,   P.O. Box 953185,   Saint Louis, MO 63195-3185
13364834     LHR, Inc.,   56 Mian Street,   Hamburg, NY 14075-4905
13364835    +Oak Creek Ranch School,   PO Box 4329,   Sedona, AZ 86340-4329
13364836    +Redwood Credit Union,   3033 Cleveland Avenue, Suite 100,   Santa Rosa, CA 95403-2126
13364837    +Richard Wong,   390 W. Napa St.,   Sonoma, CA 95476-6544
13364838     Round Two Recovery,   3650 E I 240,   Oklahoma City, OK 73135
13364839    +Sazute Visa,   PO Box 10555,   Atlanta, GA 30310-0555
13364840    +Sillow Spings Treatment Center,   690 Edison Way,   Reno, NV 89502-4100
13364841    +US Dept of Justice,   California - Northern,   450 Golden Gate Ave. 10th Floor,
              San Francisco, CA 94102-3420
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          EDI: EDD.COM Dec 04 2013 02:19:00     CA Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Dec 04 2013 02:18:00    CA Franchise Tax Board,   Bankruptcy Group,
              P.O. Box 2952,   Sacramento, CA  95812-2952
cr          +EDI: ATLASACQU.COM Dec 04 2013 02:19:00    Atlas Acquisitions LLC,   Attn: Avi Schild,
              294 Union St.,   Hackensack, NJ 07601-4303
13408634    +EDI: ATLASACQU.COM Dec 04 2013 02:19:00    Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
13364823    +E-mail/Text: bankruptcy@cashcall.com Dec 04 2013 02:31:12    Cash Call, Inc.,
              1600 S. Douglass Rd.,   Anaheim, CA 92806-5948
13364824    +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Dec 04 2013 02:30:02    Cash Net USA,
              200 West Jackson, Ste 1400,   Chicago, IL 60606-6929
13364826     E-mail/Text: wendie@creditmgt.com Dec 04 2013 02:30:35    Credit Management Control,
              PO Box 1408,   Racine, WI 53401-1408
13364828     EDI: FORD.COM Dec 04 2013 02:18:00    Ford Credit,   PO Box 7172,   Pasadena, CA 91109-7172
13364829     EDI: CALTAX.COM Dec 04 2013 02:18:00    Franchise Tax Board,   P.O. Box 942840,
              Sacramento, CA 94240-0002
13364831     EDI: IRS.COM Dec 04 2013 02:19:00    IRS,   Centralized Insolvency Operations,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
                                                                               TOTAL: 10
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2013                                    Signature:  /s/Joseph Speetjens

Case: 13-11516   Doc# 24   Filed: 12/05/13   Entered: 12/05/13 21:42:30   Page 1 of 4

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2013 at the address(es) listed below:

        Austin P. Nagel    on behalf of Creditor    Ford Motor Credit Company melissa@apnagellaw.com

        Jennifer Hendrickson    on behalf of Debtor Samuel David Steiner admin@santarosabk.com,
        santarosabk@gmail.com

        Jennifer Hendrickson    on behalf of Joint Debtor Linda Denise Steiner admin@santarosabk.com,
        santarosabk@gmail.com

        Linda S. Green    linda@greentrustee.net,  C103@ecfcbis.com;greenls@sbcglobal.net

        Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov,  ltroxas@hotmail.com

TOTAL: 5

**Form ODSC7fi**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

**In re:**
    Samuel David Steiner
    1400 Technology Ln. #1417
    Petaluma, CA 94954

    Linda Denise Steiner
    1400 Technology Ln. #1417
    Petaluma, CA 94954
                 Debtor(s)

**Debtor/Joint Debtor Social Security Number(s):**
  xxx–xx–7419
  xxx–xx–5148

**Case Number: 13–11516 AJ 7**
**Chapter: 7**

## DISCHARGE OF DEBTOR AND FINAL DECREE

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

It further appears that the trustee, Linda S. Green in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 12/3/13

By the Court:


Alan Jaroslovsky
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 23

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**